# Exhibit "C"

*Plaintiff's Petition for Exemption from Arbitration*

**Electronically Filed**
**1/13/2021 3:05 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**1**  **ABREA**
MICHAEL C. KANE, ESQ.
**2**  Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
**3**  Nevada Bar No. 8857
**4**  **THE702FIRM**
400 South 7ᵗʰ Street, #400
**5**  Las Vegas, Nevada 89101
Telephone:    (702) 776-3333
**6**  Facsimile:    (702) 505-9787
***E-Mail:**    service@the702firm.com*
**7**  *Attorneys for Plaintiff*

**8**
                     **DISTRICT COURT**
**9**                 **CLARK COUNTY, NEVADA**

**10**  DAVONTAE SIMS,                              Case No. :  A-20-825812-C
                                                  Dept. No.: XVIII
**11**        Plaintiff,

**12**  vs.

**13**  WALMART,        INC., a        foreign      **PLAINTIFF'S PETITION FOR**
corporation d/b/a WALMART #1559;    DOES    1     **EXEMPTION FROM ARBITRATION**
**14**  through 10, inclusive; ROE CORPORATIONS 11
through  20,  inclusive;  and  ABC  LIMITED
**15**  LIABILITY COMPANIES 21 through 30, inclusive,

**16**
        Defendants..
**17**

**18**        Plaintiff, DAVONTAE SIMS, by and through his attorneys, MICHAEL C. KANE, ESQ.,

**19**
and BRADLEY J. MYERS, ESQ., of THE702FIRM hereby requests that the above-entitled
**20**
matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, because the
**21**
**22**  action has a probable jury award value in excess of $50,000.00.

**23**                     **POINTS AND AUTHORITIES**

**24**                 **STATEMENT OF RELEVANT FACTS**

**25**        This case involves a slip and fall incident that occurred in Las Vegas, Nevada.    On

**26**  September 29, 2019, Plaintiff was part a patron of WALMART at the Premises.  On this date,

**27**  Plaintiff was walking down the aisles of the Defendant's Premises when he slipped on a substance

**28**

                                        1

**1**  on the ground. ("dangerous condition").  As a result of said dangerous condition, Plaintiff

**2**  sustained injuries.

**3**  **INJURIES AND DAMAGES**

**4**  As a result of the incident, Plaintiff sustained serious injuries to his left shoulder, left ankle,

**5**  back and neck.  Plaintiff went to Sunrise Hospital ER for initial evaluation. Plaintiff underwent

**6**

**7**  several x-rays and was prescribed mediation upon discharge.  Plaintiff was recommended to

**8**  follow-up with his primary care provider for further evaluation.  Two days later, Plaintiff returned

**9**  to Sunrise Hospital due to the severe pain in his neck and shoulders.

**10**  Plaintiff later presented to Neck and Back Clinic and ultimately started chiropractic

**11**  treatment.  Plaintiff underwent conservative treatment, including co-management with an MD,

**12**  and ultimately MRIs of neck and shoulder.  While conservative treatment resolved some injuries,

**13**  Plaintiff's left shoulder, neck and radiculopathy continued.  He ultimately underwent additional

**14**  MRIs and injections.  Plaintiff has been recommended to undergo left shoulder arthroscopy with

**15**  possible rotator cuff repair, possible labral repair, subracromial decompression, acromioplasty,

**16**

**17**  synovectomy due to his injuries.

**18**  Additionally, Plaintiff continues to suffer from severe left shoulder and neck pain. Plaintiff

**19**  is still treating with his medical providers. Furthermore, counsel is still obtaining Plaintiff's

**20**  medical records and bills.

**21**  The following is a list of the medical bills incurred to date:

**22**

**23**

| Medical Providers | Medical Specials |
|---|---|
| Sunrise Hospital & Medical Center | $ 46,555.00 |
| Fremont Emergency Services | $ 3,884.00 |
| Neck and Back Clinic | $ 5,829.00 |
| Radiology Specialists | $603.00 |

**24**

**25**

**26**

**27**

**28**

| | |
|---|---|
| Advanced Pain Consultants | $ 12,800.00 |
| Las Vegas Radiology | $3,300.00 |
| Box Canyon Surgical Center | $13,200.00 |
| Orthopedic & Sports Medicine Institute of LV | $590.00 |
| **TOTAL MEDICAL SPECIALS** | **$86,761.00** |
| **FUTURE MEDICAL SPECIALS** | **TBD** |

Due to the nature of Plaintiff's injuries, and the likelihood of permanence, the extent of damages in this matter is well in excess of the arbitration limit of $50,000.00.

## CONCLUSION

Based on the above and foregoing, Plaintiff, DAVONTAE SIMS, respectfully requests that the Arbitration Commissioner exempt this case from the arbitration program in accordance with NAR 3A and 5A.

I hereby certify, pursuant to N.R.C.P. 11, this case to be within the exemption marked above and am aware of the sanctions, which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

DATED on this 13th day of January, 2021.

**THE702FIRM**

**/s/ Michael Kane**

_____

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
(702) 776-3333
*E-Mail:mike@the702firm.com*
Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2021 I caused service of a true and correct copy of the foregoing **PLAINTIFF'S PETITION FOR EXEMPTION FROM ARBITRATION** to be made by the Eighth Judicial District Court's Wiznet eservice program, upon all parties registered to use this service, in accordance with the Clark County District Court's Administrative Order No. 14-2, issued 5/9/14:

Robert K. Phillips, Esq.
Megan E. Wessel, Esq.
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
*Attorneys for Defendant*
*Walmart Inc.*

George M. Ranalli, Esq.
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
*Attorney for Defendant,*
*3535 LV NEWCO, LLC dba THE LINQ RESORT*
*AND CASINO erroneously sued as*
*CORNER INVESTMENT COMPANY dba THE CROMWELL*

I further certify that any parties listed below are not registered to use Wiznet and service was made by depositing the same in the United States Mail in Las Vegas, Nevada, postage prepaid, addressed as follows:

/s/ Amber Casteel

_____
An employee of THE702FIRM

4