ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVONTAE SIMS,<br><br>            Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation, d/b/a WALMART #1559; DOES I through 10, inclusive;  ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-00130-JCM-VCF<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW, WALMART INC., by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby advises this Court that the parties have recently reached a settlement in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

As such, the parties anticipate the filing of closing documents shortly. Once settlement funds are exchanged, a Stipulation and Proposed Order for Dismissal with Prejudice is anticipated to be filed shortly thereafter.

DATED on this 17th day of June 2021.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*/s/ Megan E. Wessel*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2021, I served a true and correct copy of the foregoing, **NOTICE OF SETTLEMENT,** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>THE702FIRM<br>400 South 7th Street, #400<br>Las Vegas, Nevada 89101 | Phone 702-776-3333<br>Fax     702-505-9787 | Plaintiff |

*/s/ Clarissa Reyes*

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC