ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVONTAE SIMS,<br><br>                      Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation, d/b/a WALMART #1559; DOES I through 10, inclusive;  ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>                      Defendants. | Case No.: 2:21-cv-00130-JCM-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 7th day of ~~June~~ July 2021.

**THE702FIRM**

_____
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
400 South 7th Street, #400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*Davontae Sims*

DATED this 7th day of ~~June~~ JULY 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____ # 15314
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant*
*Walmart Inc.*

*Davontae Sims v. Walmart Inc.*
*Case No.* **2:21-cv-00130-JCM-VCF**

## ORDER

     PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

     ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

     DATED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**