1  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
2  MEGAN E. WESSEL, ESQ.
   Nevada Bar No. 14131
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  (702) 938-1511 (Fax)
   rphillips@psalaw.net
6  mwessel@psalaw.net

7
   *Attorneys for Defendant*
8  *Walmart Inc.*

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11 | DAVONTAE SIMS,                                    | Case No.: 2:21-cv-00130-JCM-VCF |
12 |                                                   |                                  |
   |              Plaintiff,                           |                                  |
13 | v.                                                | **STIPULATION AND ORDER FOR**   |
   |                                                   | **DISMISSAL WITH PREJUDICE**    |
14 | WALMART INC., a foreign corporation, d/b/a        |                                  |
   | WALMART #1559; DOES I through 10,                 |                                  |
15 | inclusive; ROE CORPORATIONS 11 through            |                                  |
   | 20, inclusive; and ABC LIMITED LIABILITY          |                                  |
16 | COMPANIES 21 through 30, inclusive,               |                                  |
17 |              Defendants.                          |                                  |

18

19     IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

20  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

21  their

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

party's own costs and attorney's fees.

DATED this 7th day of July 2021.

**THE702FIRM**

_____
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
400 South 7th Street, #400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*Davontae Sims*

DATED this 7th day of July 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____ #15314
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant*
*Walmart Inc.*

*Davontae Sims v. Walmart Inc.*
*Case No.* **2:21-cv-00130-JCM-VCF**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED July 9, 2021.

_____
UNITED STATES DISTRICT JUDGE